**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TERRANCE MINNER,

Plaintiff,

v.

SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,

Defendants.

Case No. 3:25-CV-00661-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY SCHEDULING ORDER**

[ECF No. 16]

Currently pending before the Court is Plaintiff Terrance Minner's ("Minner") motion asking the Court for a discovery plan and scheduling order. (ECF No. 16.) However, the Court already issued the discovery plan and scheduling order on June 30, 2026 a copy of which was sent to Minner. (ECF No. 15.) The Court therefore interprets Minner's motion as a request for the Court to send him a duplicate copy of the discovery plan and scheduling order. The Court **GRANTS** Minner's motion and directs the Clerk's Office to **SEND** Minner a copy of the discovery plan and scheduling order filed at ECF No. 15. However, Minner is cautioned that this is a one-time courtesy. It is Minner's responsibility to maintain copies of the filings sent to him. Should Minner need copies in the future, the Clerk shall provide him with a copy order form, and he may order copies of documents at his own expense.

**IT IS SO ORDERED**.

**DATED**: July 21, 2026.

**UNITED STATES MAGISTRATE JUDGE**