**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TERRANCE MINNER,

Plaintiff,

v.

SOUTHERN NEVADA CORRECTIONAL CENTER, *et al.*,

Defendants.

Case No. 3:25-CV-00661-ART-CLB

**ORDER DENYING MOTION FOR DISCOVERY**

[ECF No. 19]

Pending before the Court is Plaintiff's "first motion for discovery." (ECF No. 19.) However, this document is not a motion but appears to be a list of discovery requests intended for Defendants. This is improper. Discovery-related documents and requests must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **DENIES** Plaintiff's motion, (ECF No. 19.) The Court instructs Plaintiff to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

**DATED:** October 29, 2026

**UNITED STATES MAGISTRATE JUDGE**